IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM E. HAWKINS　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
*Reg. #00210-025*

V.　　　　　　　　　　　　2:09CV00122-WRW-JJV

T. C. OUTLAW　　　　　　　　　　　　　　　　　　　　　　　　　　　　RESPONDENT
*Warden, FCI - Forrest City*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Hawkins' Petition (Doc. No. 1) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 16th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE