IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM E. HAWKINS**  **PETITIONER**
*Reg. #00210-025*

V.  2:09CV00122-WRW-JJV

**T. C. OUTLAW**  **RESPONDENT**
*Warden, FCI - Forrest City*

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 16th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE